IN RE: COMPLAINT OF JAMES P. MELSER for Declaratory Decree
and Judgment.

32 So. (2nd) 742                                    June Term, 1947
November 25, 1947                                   Division B

Affirmed.

ISTOKPOGA CONSOLIDATED SUB-DRAINAGE DISTRICT, a Florida
Drainage Corporation, et al., v. G. C. WESTERVELT.

35 So. (2nd) 15                                     June Term, 1947
December 2, 1947                                    Division A
Rehearing denied April 28, 1948

Certiorari denied.

FRED HALL, D. C. RYALS, J. W. JETER, ALLEN McLEOD, JOHN
DANIELS, O. F. BROOKS and J. I. MATHIS, v. FLOYD ELLIS, as
Sheriff of Lee County, Florida.

33 So. (2nd) 162                                    June Term, 1947
December 2, 1947                                    En Banc

Petition for certiorari is denied.

FINNEY P. LYNCH, trading and doing business as U-DRIVE AUTOS,
v. DAVID L. WALKER.

33 So. (2nd) 238                                    June Term, 1947
December 9, 1947                                    En Banc
Rehearing denied January 12, 1948

Affirmed.

FINNEY P. LYNCH, trading and doing business as U-DRIVE AUTOS,
v. FRANCIS P. WARREN.

33 So. (2nd) 162                                    June Term, 1947
December 9, 1947                                    En Banc
Rehearing denied January 12, 1948

Affirmed.

CITY OF PUNTA GORDA, FLORIDA, a Municipal Corporation, et al.,
v. BARRON COLLIER, JR., et al.

33 So. (2nd) 162                                    June Term, 1947
December 9, 1947                                    Special Division B

Affirmed.